IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DELROY PENGELLY, | ) | CV 18-00323 DKW-KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| MARGARITA PENGELLY, individually and on behalf Minor Child , | ) | RECOMMENDATION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 05, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

//

//

//

//

Recommendation to Dismiss this Action Without Prejudice " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 3, 2019 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Delroy Pengelly v. Margarita Pengelly;* Civil No. 18-00323 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**